

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                        Plaintiff,

Civil Action No:
1:23-cv-1693

   -v.-

LIVE AUCTIONEERS, LLC,

                        Defendants.
------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 31, 2023

| For Plaintiff Warren Zinnamon | For Defendant Live Auctioneers, LLC |
|---|---|
| *Mark Rozenberg* | *Ryan Benson* |
| Mark Rozenberg | Ryan T. Benson |
| Stein Saks, PLLC | O'Hagan Meyer, LLC |
| One University Plaza | One East Wacker Drive suite 3400 |
| Hackensack, NJ 07601 | Chicago, IL 60601 |
| Ph: (201) 282-6500 | Ph: (312) 422-6100 |
| mrozenberg@steinsakslegal.com | rbenson@ohaganmeyer.com |

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: June 1, 2023
New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE